UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

COLETTE STROUDE, on behalf of herself and all others similarly situated

                Plaintiff,

-v.-

THE DERMATOLOGY LASER GROUP, PLLC

                Defendants.

-----------------------------------------------------------------------x

Civil Action No:
1:23-cv-9538

So Ordered,

/s/(ARR)

Allyne R. Ross U.S.D.J. 4/3/2024

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 2, 2024

                Respectfully Submitted,

                */s/PeterPaul Shaker*
                PeterPaul Shaker
                **Stein Saks, PLLC**
                One University Plaza, Suite 620
                Hackensack, NJ 07601
                pshaker@steinsakslegal.com
                Tel. 201-282-6500
                Fax 201-282-6501
                *Attorneys for Plaintiff*